IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERVAT HALIM and TAREK HALIM, her husband,<br><br>                        *Plaintiffs*,<br>      v.<br><br>SIX FLAGS GREAT ADVENTURE, LLC, *et al.*,<br><br>                        *Defendants*. | CIVIL ACTION<br><br>NO.  3:17-cv-05324 |

**RULE 7.1 DISCLOSURE STATEMENT FORM**

Please check one box:

    ____    The nongovernmental corporate party, _____, in the above listed civil action does not have any publicly held corporation that owns 10% or more of its stock.

    **X**    The nongovernmental corporate party, Six Flags Entertainment Corporation, in the above listed civil action is itself a publicly held corporation.

                                              Respectfully submitted,

                               BY:  _____
                                              HEATHER M. EICHENBAUM
                                              Spector Gadon & Rosen, P.C.
                                              1635 Market Street, 7th Floor
                                              Philadelphia, PA 19103
                                              Telephone: (215) 241-8856
                                              Facsimile: (215) 531-9129
                                              *Attorney for Defendants*,
                                              *Six Flags Great Adventure, LLC*
                                              *Six Flags Entertainment Corporation*
                                              *and Six Flags Theme Parks, Inc.*

Dated: July 21, 2017

2506267_v1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that true and correct copies of the foregoing Corporate Disclosure Statements were served upon the counsel of record via ECF and email on this 21st day of July 2017:

Patrick H. Cahalane, Esquire
Anglin, Rea & Cahalane, P.A.
1005 Eastpark Blvd.
Cranbury, NJ 08512
pcahalane@anglinreacahalane.com

By: _____
HEATHER M. EICHENBAUM, ESQUIRE

*Attorney for Defendants,*
*Six Flags Great Adventure, LLC*
*Six Flags Entertainment Corporation,*
*and Six Flags Theme Parks, Inc.*

2495509-1